# KEVIN B. ZAZZERA
### ATTORNEY AT LAW*

182 ROSE AVENUE, STATEN ISLAND, NEW YORK 10306
PHONE: (718) 987-2700
FAX: (718) 987-7282

*Admitted in NY and NJ

July 16, 2018

Via ECF
Honorable Elizabeth Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

        Re:    David Tinyanoff
                Chapter 7 Bankruptcy No: 18-42150

Dear Judge Stong,

    Neither myself nor the debtor will be appearing to oppose the U.S. Trustee's motion to dismiss the debtor's above-referenced Chapter 7 case on tomorrow's calendar. The debtor is aware that he is unable to receive a Chapter 7 discharge in this case and the purpose of the filing was to arrange for loss mitigation.

    Should the Court require anything further regarding this matter, please do not hesitate to contact the undersigned. Thank you.

Respectfully,

Kevin B. Zazzera