

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

August 7, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         David Tinyanoff
Case No.    18-42150-ess
Loan No.    ...2006

Dear Hon. Elizabeth S. Stong,

    Please allow this letter to serve as a written status report, submitted on behalf of Rushmore Loan Management Services, LLC (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    The Firm filed a letter seeking loss mitigation documents on May 25, 2018 and await the same.

    If there are any questions, please feel free to contact me directly at 716-253-6200.

    Very truly yours,


By:   /s/:  Deborah Turofsky, Esq.

cc.   ECF and Email
      Kevin B Zazzera, Esq.