United States Bankruptcy Court
Eastern District of New York

In re:  
David Tinyanoff  
    Debtor

Case No. 18-42150-ess  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: acruz     Page 1 of 1     Date Rcvd: Sep 10, 2018  
                         Form ID: 227     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db              #David Tinyanoff,    32 Pelton Ave,    Staten Island, NY   10310-1517
smg             +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                  Brooklyn, NY 11201-3739
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                  Albany, NY 12240-0001
9310478         +New York City Water Board,    Andrew Rettig,    Assistant Counsel,    59-17 Junction Boulevard,
                  Elmhurst, NY 11373-5188
9253893         +Rushmore Loan Management Services, LLC,    Gross Polowy, LLC,    1775 Wehrle Drive, Suite 100,
                  Williamsville, NY 14221-7093
9249745          Wells Fargo Bank,    c/o Stein, Weiner & Roth, LLP,    1 Old Country Rd Ste 113,
                  Carle Place, NY  11514-1847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BDJDOYAGA.COM Sep 10 2018 22:23:00      David J. Doyaga,    26 Court Street,    Suite 1601,
                  Brooklyn, NY 11242-1116
smg             +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 10 2018 18:41:09
                  NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                  Albany, NY 12205-0300
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 10 2018 18:40:40
                  Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9278669           Steve Stassis,Bankruptcy Specialist Rushmore Loan
aty*            +David J. Doyaga,    26 Court Street,    Suite 1601,    Brooklyn, NY 11242-1116
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
              David J. Doyaga    on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com,
               NY98@ecfcbis.com,
              David J. Doyaga    david.doyaga.sr@gmail.com, NY98@ecfcbis.com,
              Deborah Turofsky    on behalf of Creditor    Rushmore Loan Management Services, LLC
               dturofsky@grosspolowy.com, turofskylaw@yahoo.com
              Ehret Anne Van Horn    on behalf of Creditor    Rushmore Loan Management Services, LLC
               ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
              Kevin B Zazzera    on behalf of Debtor David  Tinyanoff kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                  TOTAL: 6
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **David Tinyanoff** | Social Security number or ITIN  **xxx−xx−0491** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | Date case filed for chapter  **7**  **4/18/18** |
| Case number:  **1−18−42150−ess** | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on April 18, 2018, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on September 6, 2018 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: September 10, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]