| Information to identify the case: | |
|---|---|
| Debtor 1  **David Tinyanoff**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0491**<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **7**   **4/18/18** |
| Case number:  **1–18–42150–ess** | |

# ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated September 6, 2018

**IT IS ORDERED THAT:**

    David J. Doyaga (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above−named debtor(s) is closed.


                                                s/  Elizabeth S. Stong<br>
                                                United States Bankruptcy Judge

Dated: September 25, 2018

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]